UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

DONALD PEA (#457171)

VERSUS

N. BURL CAIN, ET AL.

CIVIL ACTION

NO. 14-83-JJB-EWD

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Erin Wilder-Doomes dated February 28, 2017 (doc. no. 17). The plaintiff filed an objection which merely restates his prior argument and has been duly considered.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the petitioner's application for habeas corpus is DENIED, with prejudice. Further, in the event that the petitioner seeks to pursue an appeal in this case, a certificate of appealability is DENIED.

Baton Rouge, Louisiana, this 30th day of March, 2017.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA